**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                       CASE NO. 8:91-CR-300-T-17-TGW

NORMAN LEON BURGESS
_____/

### ORDER

This cause comes before the Court on the defendant's second and/or renewed motion for reduction of sentence (Document No. 831) and response thereto (Docket No. 833). The Court finds the response to be persuasive and it is incorporated herein. Accordingly, it is.

**ORDERED** that defendant's motions be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 5th day of September, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record