**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                                         CASE NO. 8:91-CR-300-T-17-TGW

NORMAN BURGESS

_____/

**ORDER**

This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 898). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant, through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 904 and 909 and Probation's Amended Retroactive Crack Cocaine Amendment Eligibility Assessment). The government and probation concur that the defendant is not eligible for a reduction in sentence based on the amended guidelines, based on the quantity of drugs for which the defendant was responsible. The defendant otherwise argues. The Court agrees with the position of the government and the probation office. Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 898) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 31st day of July, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Parties and Counsel of Record