UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO. 8:91-CR-300-T-17TGW

NORMAN LEON BURGESS.

_____/

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 957 | Motion to Reduce Sentence Pursuant to the First Step Act of 2018 and Request for U.S. Probation Office to Issue an Eligibility Memorandum |
| Dkt. 959 | Notice of Appearance – USA |
| Dkt. 960 | First Step Memorandum |
| Dkt. 961 | Notice of Appearance – Federal Defender, for Defendant Burgess |

Defendant Norman Burgess moves for a sentence reduction pursuant to 18 U.S.C. Sec. 3582(c)(1(B), and Section 404 of the First Step Act of 2018. Defendant Burgess further requests an Order for the U.S. Probation Office to Issue an Eligibility Memorandum.

Defendant Burgess indicates that after a First Step Memorandum is issued, Defendant Burgess will confer with the United States and thereafter will file a renewed motion.

A First Step Memorandum has been filed. The Memorandum indicates that Defendant Burgess is not eligible for relief.

After consideration, the Court denies the Motion to Reduce Sentence as moot in part, as to the request for an Order directing issuance of a First Step Memorandum, and denies the Motion to Reduce Sentence Pursuant to the First Step Act of 2018 without prejudice in part, subject to the filing of a renewed Motion to Reduce Sentence which fully explains the relief sought by Defendant Burgess. Accordingly, it is

**ORDERED** that Defendant Norman Burgess' Motion to Reduce Sentence Pursuant to the First Step Act of 2018 is denied without prejudice in part, subject to the filing of a renewed Motion which fully explains the relief sought by Defendant, and is denies as moot in part as to the request for an Order directing the issuance of a First Step Memorandum.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 4th day of December, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record